# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| AMAZING GRACE BED & BREAKFAST, et al., | ) )  ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION 09-0298-WS-N ) |
| MAYOR HENRIETTA BLACKMUN, et al., | ) ) ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the Court's orders of February 23, 2010, January 12, 2011, and February 25, 2011, this action is **dismissed with prejudice** as to all claims other than the state-law aspects of the declaratory judgment claim in Count Five of the amended complaint, which is **dismissed without prejudice** pursuant to 28 U.S.C. § 1367(c)(3).

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered in favor of defendants Mayor Henrietta Blackmun and City Attorney Andrew Cromer and against plaintiffs Amazing Grace Bed & Breakfast, Stanford Mendenhall and Linda Mendenhall on all claims. Judgment is hereby entered in favor of defendants City of Camden and City of Camden Adjustment Board and against plaintiffs Amazing Grace Bed & Breakfast, Stanford Mendenhall and Linda Mendenhall on all claims except the state-law aspects of the declaratory judgment claim in Count Five of the amended complaint.

DONE this 25th day of February, 2011.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE